# Court of Appeals
# of the State of Georgia

ATLANTA, July 12, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1653. RICHARD J. MCLEOD v. ROBERT BRUCE.

In 2022, the trial court entered judgment in favor of plaintiff Robert Bruce on his complaint for injunctive relief against defendant Richard J. McLeod. On January 9, 2023, the trial court awarded attorney fees to Bruce under OCGA § 9-15-14. McLeod then filed a "motion for a new trial," which the trial court denied on February 17, 2023. On March 14, 2023, McLeod filed the instant pro se direct appeal of the OCGA § 9-15-14 attorney fees award. Bruce has filed a motion to dismiss the appeal, arguing that McLeod was required to comply with the discretionary appeal procedure. We agree.

Appeals of attorney fees awards under OCGA § 9-15-14 must be taken by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (10); *Capricorn Systems v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2022). Thus, pretermitting whether this appeal is timely, we lack jurisdiction based on McLeod's failure to comply with the discretionary appeal procedure. See *Capricorn Systems*, 253 Ga. App. at 842. Accordingly, Bruce's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.

Bruce's motion for assessment of frivolous appeal penalty is hereby DENIED. However, we advise McLeod to determine the proper appellate procedures before

taking any additional appeals, and warn him that any abuse of such procedures may subject him to sanctions. See Court of Appeals Rule (7) (e) (2).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __07/12/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*